IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK HURST, <br><br> Defendant. | CR 17-143-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is Defendant's Motion to Appear by Phone, seeking leave to appear at his arraignment by telephone. (Doc. 18.) Defendant represents that the United States does not object. The Court will consider the merits of Defendant's motion at the time set for his arraignment. Accordingly,

IT IS ORDERED that Defendant shall appear telephonically at the time set for his arraignment by dialing (406) 247-2346 on April 19, 2018, at 9:00 a.m., and that counsel for Defendant shall appear in person.

DATED this 17th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge