**BRYAN T. DAKE**
**Assistant U.S. Attorney**
**ERIC E. NELSON**
**Special Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: 406-657-6101**
**Fax: 406-657-6058**
**Email: Bryan.Dake@usdoj.gov**

**FILED**

**FEB 26 2019**

Clerk, U.S. Courts
District Of Montana
Billings Division

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW |
|---|---|
| Plaintiff, | **SUPERSEDING INFORMATION** |
| vs. | **CLEAN AIR ACT – NEGLIGENT ENDANGERMENT**<br>**Title 42 U.S.C. § 7413(c)(4) and 18 U.S.C. § 2**<br>**(Penalty: One year imprisonment, $100,000 fine, and one year supervised release)** |
| MARK HURST, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 29, 2012, near Wibaux, in Wibaux County, in

the State and District of Montana, the defendant, MARK HURST, negligently

released into the ambient air a hazardous air pollutant, as defined under 42 U.S.C.

§ 7412, and extremely hazardous substances, as defined under 42 U.S.C.

1

§ 11002(a)(2), and at the time negligently placed another person in imminent

danger of death or serious bodily injury, in violation of 42 U.S.C. § 7413(c)(4) and

18 U.S.C. § 2.

DATED this _26th_ day of February, 2019.


BRYAN T. DAKE
Assistant U.S. Attorney


for KURT G. ALME
United States Attorney


JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney