

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK HURST,<br><br>Defendant. | CR 17-143-BLG-SPW-3<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Seal Sentencing Memorandum (Doc. 133), and for good cause shown,

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and exhibits shall be filed under seal.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of September, 2019.

SUSAN P. WATTERS
United States District Judge

1