IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JAN 15 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-143-BLG-SPW-03 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MARK HURST, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Vacate Restitution Hearing (Doc. 175), and for good cause shown,

IT IS HEREBY ORDERED that the restitution hearing currently set for January 17, 2020 at 1:30 p.m., is **VACATED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of January, 2020.

SUSAN P. WATTERS
United States District Judge

1